JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>9TH & TOWNE, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:17-CV-07119-MWF-KS<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: January 16, 2018  _____*[signature]*_____
　　　　　　　　　　　HONORABLE MICHAEL W. FITZGERALD
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE